American Express
P.O. Box 53852
Phoenix AZ 85072

AT&T Mobility
PO Box 6463
Carol Stream IL 60197

Bank of America
c/o Creditors Interchange
80 Holtz Drive
Buffalo NY 14225

Bank of America
c/o CCB Credit Services
5300 South 6th St
Springfield IL 62703-5184

BB&T
Attn: Recovery Dept
P.O. Box 1489
Lumberton NC 28359

BB&T
c/o Professional Recovery Service
2700 Meridian Pkwy, Ste 200
Durham NC 27713

BB&T Auto Loans
Attn: Recovery Dept
P.O. Box 580393
Charlotte NC  28258-0393

BB&T Bank
Attn: Bankruptcy Dept
P.O. Box 1847
Wilson NC  27894-9965

BB&T Merchant Services
PO Box 200
Wilson NC 27894-0200

Bonnier Corporation
460 N Orlando Ave, Ste 200
Winter Park FL 32789

Capital One Bank
PO Box 26094
Richmond VA 23260

Capital Party Rentals, LLC
c/o R. Peyton Mahaffey
McCandlish & Lillard
11350 Random Hills Rd, Ste 500
Fairfax VA 22030

Cardworks Processing
5451 E William Blvd, Ste 201
Tucson AZ 85711

Chase Auto Finance
National Recovery Group
P.O. Box 29505
Phoenix AZ 85038-9505

Commonwealth of Virginia
Employment Commission
PO Box 969
Culpeper VA 22701

Corinne Salahi
14141 Hume Road
Hume VA 22639

D&D Signs, Inc.
c/o Bernard Van Gils, Esq.
86 East Lee Street
Warrenton VA 20186

D.C. Treasurer
c/o Professional Account Management
PO Box 37038
Washington DC 20013

D.C. Treasurer
P.O. Box 37135
Washington DC 20013

Electronic Payment Systems
1234 S. Cleveland Massillon Blvd
Coply OH 44321

Embarq
c/o RMS
PO Box 523
Richfield OH 44286

Embarq
PO Box 96064
Charlotte NC 28296-0064

Exxon-Mobil
c/o LTD Financial Svcs
7322 Southwest Fwy, Ste 1600
Houston TX 77074

Exxon-Mobil
Attn: Bankruptcy
P.O. Box 688940
Des Moines IA 50368

Fauquier County Treasurer
PO Box 677
Warrenton VA 20188

Focus Point
PO Box 890271
Charlotte NC 28289

Franklin & Prokopik, PC
2325 Dulles Corner Blvd, Ste 1150
Herndon VA 20171

Howard, Morrison, Ross & Wheelan
331 Garret St.
Warrenton VA 20186

IRS
Insolvency Unit
P.O. Box 10025
Room 2007
Richmond VA  23240

Limited Treasures
312A Wilson Pike Circle
Brentwood TN 37027

Loudoun County
Dept of Mgt & Financial Svcs
Finance & Accounting
PO Box 7000
Leesburg VA 20177-7000

Marcus, Crowley, et al.
1435 Crossways Blvd, Ste 300
Chesapeake VA 23320

McCammon Group
1111 East Main St.
Richmond VA 23219

Montgomery County, Maryland
P.O. Box 10549
Rockville MD 20849

Newman & Kane
7324 SW Freeway, Ste 975
Houston TX 77074

Oasis Vineyards, Inc.
c/o Gregory Van Doren, Esq.
9119 Church St.
Manassas VA 20110

Old Point National Bank
1 West Mellen St
Hampton VA 23663

Ours & Silek, PC
9306 Grant Ave
Manassas VA 20110

Pipeline Data Processing
PO Box 6600
Hagerstown MD 21740

Registered Agents Legal Services LL
1220 North Market St, Ste 806
Wilmington DE 19801

Reston Limousine & Travel Service,
c/o Lawrence J. McClafferty, Esq.
212 East Market St.
Leesburg VA 20176

Rewards Network
c/o National Commercial  Services
8619 Reseda Blvd, Ste 205
Northridge CA 91324

Rewards Network
c/o JS Smith Law Offices
8619 Blvd, Ste 206
Northridge CA 91324

Salamander Middleburg, LLC
c/o Catharine T. Slater, Esq.
P.O. Box 238
Upperville VA 20185

Showcall Inc.
10 - 16 Azar Court
Halethorpe MD 21227

```
ShowCall Inc.
c/o J.P. Szymkowicz, Esq.
1220 19th St, NW, Ste 400
Washington DC 20036-2438

Shriner Legge & Co.
2800 Eisenhower Ave, Ste 100
Alexandria VA 22314

Sunbelt Rentals
c/o Kenneth Brand, PC
7010 Little River Tnkp, Ste 320
Annandale VA 22003

Sunbelt Rentals
1275 West Mound Street
Columbus OH 43223

T. Huntley Thorpe,III,  Esq.
Gulick, Carson & Thorpe, PC
PO Box 880
Warrenton VA 20186

Tareq & Michaele Salehi
440 Scenic Overlook
Front Royal VA 22630

Tareq Salahi
440 Scenic Overlook
Front Royal VA 22630

Toll Violations Processing Center
PO Box 1234
Clifton Forge VA 24422

Tourdesign Creative
c/o New World Collections
PO Box 90183
Indianapolis IN 46290
```

Travelers Indemnity Co.
c/o RMS
PO Box 26446
Richmond VA 23261-6446

Travelers Insurance
c/o Jack Martin & Assoc.
326 First St, Ste 27
Annapolis MD 21403

Travelers Insurance
1 Tower Square
Hartford CT 06183

US Department of Commerce
Office of the General Counsel
Office of the Chief Counsel
for Economic Affiars
Washington DC 20230

Virginia Employment Commission
PO Box 1358
Richmond VA 23218

Virginia Employment Commission
P.O. Box 27592
Richmond VA 23261

Walsh, Colucci, et al.
2200 Clarendon Blvd
Arlington VA 22201

Washington Post Media Group
P.O. Box 8200
Washington DC 20071

Wells Fargo
P.O. Box 29746
Phoenix AZ  85038-9746

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oasis Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Oasis Winery** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **54-1966944** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**14141 Hume Road**<br>**Hume, VA**                    ZIP CODE **22639** | Street Address of Joint Debtor (No. & Street, City, and State):                    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Fauquier** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 370**<br>**Hume, VA**                    ZIP CODE **22639** | Mailing Address of Joint Debtor (if different from street address):                    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**14141 Hume Rioad, Hume VA**                    ZIP CODE **22639** | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Oasis Enterprises, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:      **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**<br>_____<br>   Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Oasis Enterprises, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X **/s/Douglas W. Harold, Jr.**
_____
Signature of Attorney for Debtor(s)

**Douglas W. Harold, Jr.  Bar No.  VA 19533**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Allen, Harold & Beard, PLLC**
_____
Firm Name

**109 Southdown Circle**
_____
Address

**Stephens City VA 22655**
_____

**(540) 869-0040**    **(540) 869-0041**
_____
Telephone Number

**2/4/2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Tareq D. Salahi**
_____
Signature of Authorized Individual

**Tareq D. Salahi**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**2/4/2009**
_____
Date

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

__Oasis Enterprises, Inc.__

Case No. _____

Chapter __7__ _____

## Debtor(s)

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

## ALEXANDRIA DIVISION

**Cities:**
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

**Counties:**
- ☐ Arlington-013
- ☐ Fairfax-059
- ☑ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

## RICHMOND DIVISION

**Cities:**
- ☐ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

**Counties:**
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county) -159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

## NORFOLK DIVISION

**Cities:**
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

**Counties:**
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

## NEWPORT NEWS DIVISION

**Cities:**
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

**Counties:**
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

Date: __2/4/2009__ _____

__/s/Douglas W. Harold, Jr.__ _____
**Signature of Attorney or *Pro Se* Debtor**

- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Ver. 8/22/00

# United States Bankruptcy Court

## Eastern District of Virginia

In re:

Oasis Enterprises, Inc.

Case No. _____

Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tareq D. Salahi**, declare under penalty of perjury that I am the **President** of **Oasis Enterprises, Inc.,** a **Virginia** Corporation and that on **February 4, 2009** the following resolution was duly adopted by the **Shareholder** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tareq D. Salahi**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Tareq D. Salahi**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Tareq D. Salahi**, **President** of this Corporation, is authorized and directed to employ **Douglas W. Harold, Jr.**, attorney and the law firm of **Allen, Harold & Beard, PLLC** to represent the Corporation in such bankruptcy case."

Executed on:    **2/4/2009** _____

Signed:    **s/ Tareq D. Salahi** _____

               **Tareq D. Salahi**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

In re: **Oasis Enterprises, Inc.**_____,     Case No. _____

_____

Debtor                                                (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **1,700,000.00** | **Business operations - amount shown is approximation only, before deduction for any operating expenses** | **2007** |
| **35,000.00** | **Business operations - amount shown is approximation only, before deduction for any operating expenses** | **2008** |

---

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Capital Party Rentals, LLC v. Oasis Enterprises, Incorporated CL50005** | **Complaint** | **Loudoun County Circuit Court** | **Pending** |
| **Reston Limousine & Travel Svcs, Inc. v. Oasis Enterprises, Inc. GV08-2441** | **Warrant in debt; Interrogatories; Subpoena Duces Tecum** | **Loudoun County GDC** | **Judgment 9/17/2008** |
| **Salamander Middleburg, LLC v. Tareq Salehi, Oasis Enterprises, Inc., et al. CL08-061** | **Complaint** | **Fauquier County Circuit Court** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None

☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| BB&T Auto Loans<br>Attn: Recovery Dept<br>P.O. Box 580393<br>Charlotte NC  28258-0393 | 10/15/2008 | 2004 Aston Martin automobile - estimated value = $150,000 at time of repossession |
| Old Point National Bank<br>1 West Mellen St<br>Hampton VA 23663 | 6/2008 | Carver 350 Mariner boat - approximate value at repo date = $90,000 |

## 6. Assignments and receiverships

None

☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None

☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ❑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Allen, Harold & Beard, PLLC 109 Southdown Circle Stephens City VA 22655** | **Feb 4, 2009** | **$1,550** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **BB&T Bank** **Front Royal VA** | **Business checking account - negative $3,800 at closeout** | **2/29/2008** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Chase Auto Finance** **National Recovery Group** **P.O. Box 29505** **Phoenix AZ 85038-9505** | **15,325.00 Leased 2005 Audi A8L 4-door sedan (leased from Chase Auto Finance)** | **440 Scenic Overlook, Front Royal VA 22630 and at debtor's place of business** |

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑    a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑    b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Shriner, Legge & Co.**<br>**2800 Eisenhower Ave, Ste 100**<br>**Alexandria VA 22314** | **1/2007 - 12/2007** |

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Shriner, Legge & Co.** | **2800 Eisenhower Ave, Ste 100**<br>**Alexandria VA 22314** |

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Tareq D. Salahi**<br>**440 Scenic Overlook**<br>**Front Royal VA 22630** | **President** | **100% of voting stock** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __2/4/2009__

Signature __s/ Tareq D. Salahi__

__Tareq D. Salahi, President__

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

In re: **Oasis Enterprises, Inc.** _____ ,          Case No. _____
                                          **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | Total ➢ | | 0.00 | |

(Report also on Summary of Schedules.)

In re   **Oasis Enterprises, Inc.** _____,      Case No. _____
                                          **Debtor**                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Generalized claims against Oasis Vineyards, Inc. for misc services provided from early 2005 to late 2007 in support of vineyard operations** | | **50,000.00** |
| | | | | |

In re  **Oasis Enterprises, Inc.**                          Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Money owed by Oasis Vineyards, Inc. for rental of FedEx Redskins Suite and related hospitality services(amouont shown is debt owed on four year contract for suite rental ended December 2007 plus costs of catering for all Redskins games for four seasons) - specific infromation is included in Chapter 11 bankruptcy filed by Oasis Vineyards, Inc. - Case No. 08-17750-RGM** | | **224,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Claim against Lynn Wiley, personally, and Lynn Wiley Real Estate, The Plains, Virgnia, for fraud, tortious interference with contract rights, and other claims as more specifically stated in Case No. CL08-549, Fauquier County Circuit Court - suit filed for $3.25M damages, $350K punitives** | | **Unknown** |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Potential counter-claim against Salamander Middleburg, LLC for breach of contract, fraud and libel/slander in connection with "America's Cup of Polo" charity event in May, 2007 (Debtor was producer of event)** | | **Unknown** |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **List of prior customers that debtor has conducted business with (on CD ROM which will be made available to Trustee upon request)** | | **35,000.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Leased 2005 Audi A8L 4-door sedan (leased from Chase Auto Finance)** | | **15,325.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

In re   **Oasis Enterprises, Inc.** _____ ,   Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Two computers, two printers, two desks w/ chair for each, wired and wireless networking system components, two file cabinets, three bookcases, fax machine, desk lamp, two visitors chairs, misc expendable office supplies and small items (staplers, two hole punch, etc.) - at main office of Oasis Vineyards, Inc. at 14141 Hume Road, Hume, Virginia** | | **500.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **2000 Kawasaki "Mule" (motorized cart) - broken - at workshop of Oasis Vineyards, Inc. at 14141 Hume Road, Hume, Virginia** | | **600.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Commercial fountain in lake at 14141 Hume Road, Hume, Virgnia (anchored w/ concrete blocks - would require at least 3 men to remove)** | | **4,500.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Karcher pressurized cleaner, two wine storage tanks (fixtures within structure - probably not removable), approximately 100 stacking chairs, approximately 40 cafe tables, three electric bottle coolers, three stainless steel catering workstations, misc kitchen utensils and serving/dining pieces - at 14141 Hume Road, Hume, Virginia** | | **5,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_   continuation sheets attached          Total  ⟩   **$ 334,925.00**

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

In re  **Oasis Enterprises, Inc.** _____ .     Case No. _____

                        **Debtor**                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **10609614553804**<br><br>**Chase Auto Finance**<br>**National Recovery Group**<br>**P.O. Box 29505**<br>**Phoenix AZ 85038-9505** | X | | **7/2005**<br>**Security Agreement**<br>**Leased 2005 Audi A8L 4-door sedan (leased from Chase Auto Finance)**<br><br>**VALUE $15,325.00** | | | | 53,845.34 | 38,520.34 |

0   continuation sheets
    attached

Subtotal  ➢
(Total of this page)

| $ | 53,845.34 | $ | 38,520.34 |
|---|---|---|---|

Total  ➢
(Use only on last page)

| $ | 53,845.34 | $ | 38,520.34 |
|---|---|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **Oasis Enterprises, Inc.**                                          **Case No.** _____
                                Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**  **continuation sheets attached**

In re **Oasis Enterprises, Inc.** _____,  Case No. _____

_____Debtor_____ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0006359000**<br><br>**Commonwealth of Virginia Employment Commission PO Box 969 Culpeper VA 22701** | | | **11/2008 Unemployment insurance premiums - Debtor had no employees in 2008** | X | | X | 218.53 | 218.53 | $0.00 |
| ACCOUNT NO.  **576881830: 385266475**<br><br>**D.C. Treasurer P.O. Box 37135 Washington DC 20013**<br><br>**D.C. Treasurer c/o Professional Account Management PO Box 37038 Washington DC 20013** | | | **11/2008 Parking tickets** | | | | 410.00 | 410.00 | $0.00 |
| ACCOUNT NO.  **35122; multiple accts**<br><br>**Fauquier County Treasurer PO Box 677 Warrenton VA 20188** | | | **2007 Personal property taxes** | | | | 10,969.52 | 10,969.52 | $0.00 |
| ACCOUNT NO.  **54-1966944**<br><br>**IRS Insolvency Unit P.O. Box 10025 Room 2007 Richmond VA  23240** | | | **2007 - 2008 Potential back federal income tax obligation - Debtor has not filed corporate taxes since tax year 2006 - has always previously had business loss, w/ refund flowing to shareholders (Debtor is Sub S corp)** | X | X | | Unknown | Unknown | $0.00 |
| ACCOUNT NO.  **MC-003520498**<br><br>**Montgomery County, Maryland P.O. Box 10549 Rockville MD 20849** | | | **8/2008 Parking ticket** | | | | 65.00 | 65.00 | $0.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)  $ **11,663.05**   $ **11,663.05**   $ **0.00**

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )  $   $

In re   **Oasis Enterprises, Inc.**                                      Case No. _____
                          ————————————————————                                            (If known)
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **EIN xx-xxx6944**<br>**US Department of Commerce**<br>**Office of the General Counsel**<br>**Office of the Chief Counsel**<br>**for Economic Affiars**<br>**Washington DC 20230** | | | **7/2008**<br>**Potential fine for failure to respond to 2007 Economic Census inquiry** | X | | | **Unknown** | **Unknown** | **$0.00** |
| ACCOUNT NO.  **0006359000**<br>**Virginia Employment Commission**<br>**P.O. Box 27592**<br>**Richmond VA 23261**<br><br>**Virginia Employment Commission**<br>**PO Box 1358**<br>**Richmond VA 23218** | | | **7/2008**<br>**Unemployment insurance premiums** | | | | **75.00** | **75.00** | **$0.00** |

Sheet no.  2  of  2  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals ►<br>(Totals of this page) | $     **75.00** | $     **75.00** | $     **0.00** |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **11,738.05** | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **11,738.05** | $  **0.00** |

In re  **Oasis Enterprises, Inc.**
_____
                        **Debtor**

Case No. _____
                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4450954177**<br><br>**American Express**<br>**P.O. Box 53852**<br>**Phoenix AZ 85072** | | | **6/2008**<br><br>**Credit card charge access fee** | | | | **29.75** |
| ACCOUNT NO.   **825553857**<br><br>**AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream IL 60197** | | | **11/2008**<br><br>**Telephone service** | | | | **3,893.68** |
| ACCOUNT NO.   **xxxx-5874**<br><br>**Bank of America**<br>**c/o CCB Credit Services**<br>**5300 South 6th St**<br>**Springfield IL 62703-5184** | | | **5/2008**<br><br>**Credit card debt** | | | | **25,928.27** |
| ACCOUNT NO.   **Ref No.12349328 JP4**<br><br>**Bank of America**<br>**c/o Creditors Interchange**<br>**80 Holtz Drive**<br>**Buffalo NY 14225** | | | **5/2008**<br><br>**Credit card debt BofA Acct xxxx-0991** | | | | **31,249.57** |

_9_   Continuation sheets attached

Subtotal  ➢  $    **61,101.27**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re __Oasis Enterprises, Inc._____

Case No. _____

Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4440005137467447**<br><br>**BB&T**<br>**Attn: Recovery Dept**<br>**P.O. Box 1489**<br>**Lumberton NC 28359**<br><br>**BB&T**<br>**c/o Professional Recovery Service**<br>**2700 Meridian Pkwy, Ste 200**<br>**Durham NC 27713** | | | **12/2007**<br><br>**Checking account overdraft** | | | | **3,813.77** |
| ACCOUNT NO. **Unknown**<br><br>**BB&T Auto Loans**<br>**Attn: Recovery Dept**<br>**P.O. Box 580393**<br>**Charlotte NC  28258-0393**<br><br>**BB&T Bank**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 1847**<br>**Wilson NC  27894-9965** | | | **10/2008**<br><br>**Deficiency owed on repossessed vehicle** | | | | **85,000.00** |
| ACCOUNT NO. **461682999349681**<br><br>**BB&T Merchant Services**<br>**PO Box 200**<br>**Wilson NC 27894-0200** | | | **2007 - 7/2008**<br><br>**Credit card machine** | | | | **28.50** |
| ACCOUNT NO. **121334**<br><br>**Bonnier Corporation**<br>**460 N Orlando Ave, Ste 200**<br>**Winter Park FL 32789** | | | **6/2008**<br><br>**Magazine advertising** | | | | **5,300.00** |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $       **94,142.27**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Oasis Enterprises, Inc.**

Case No. _____

_____

**Debtor**

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **xxxx-0101**<br>**Capital One Bank**<br>**PO Box 26094**<br>**Richmond VA 23260** | | | **7/2008**<br>**Credit card debt** | | | | **4,433.52** |
| ACCOUNT NO.  **166908**<br>**Capital Party Rentals, LLC**<br>**c/o R. Peyton Mahaffey**<br>**McCandlish & Lillard**<br>**11350 Random Hills Rd, Ste 500**<br>**Fairfax VA 22030** | | | **5/2007 - 8/2007**<br>**Equipment rental for events - in litigation - Loudoun County Circuit Court - Case No. CL-50005** | | | | **54,614.12** |
| ACCOUNT NO.  **1827610043**<br>**Cardworks Processing**<br>**5451 E William Blvd, Ste 201**<br>**Tucson AZ 85711** | | | **2007**<br>**Credit card processing services** | | | | **3,000.00** |
| ACCOUNT NO.  **None**<br>**D&D Signs, Inc.**<br>**c/o Bernard Van Gils, Esq.**<br>**86 East Lee Street**<br>**Warrenton VA 20186** | | | **8/2008**<br>**Signage and advertising** | | | | **6,113.20** |

Sheet no.  2 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $   **68,160.84**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Oasis Enterprises, Inc.** _____  Case No. _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **180001689751** <br><br> **Electronic Payment Systems** <br> **1234 S. Cleveland Massillon Blvd** <br> **Coply OH 44321** <br><br><br> **Newman & Kane** <br> **7324 SW Freeway, Ste 975** <br> **Houston TX 77074** | | | **2007** <br><br> **Credit card chargeback claims** | | | X | **8,739.83** |
| ACCOUNT NO. **5406222505830** <br><br> **Embarq** <br> **PO Box 96064** <br> **Charlotte NC 28296-0064** <br><br><br> **Embarq** <br> **c/o RMS** <br> **PO Box 523** <br> **Richfield OH 44286** | | | **9/2008** <br><br> **Telephone service** | | | | **549.82** |
| ACCOUNT NO. **9591723** <br><br> **Exxon-Mobil** <br> **Attn: Bankruptcy** <br> **P.O. Box 688940** <br> **Des Moines IA 50368** <br><br><br> **Exxon-Mobil** <br> **c/o LTD Financial Svcs** <br> **7322 Southwest Fwy, Ste 1600** <br> **Houston TX 77074** | | | **5/2008** <br><br> **Gasoline purchases** | | | | **2,932.28** |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **12,221.93**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Oasis Enterprises, Inc.</u>                    Case No. _____
                     Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **FP1476**<br>**Focus Point**<br>**PO Box 890271**<br>**Charlotte NC 28289** | | | **5/2008**<br>**Marketing services** | | | | **749.00** |
| ACCOUNT NO. **90878**<br>**Franklin & Prokopik, PC**<br>**2325 Dulles Corner Blvd, Ste 1150**<br>**Herndon VA 20171** | | | **3/2008 - 2/2009**<br>**Legal services** | | | | **18,249.51** |
| ACCOUNT NO. **25351**<br>**Howard, Morrison, Ross & Wheelan**<br>**331 Garret St.**<br>**Warrenton VA 20186** | | | **2007 - 2/2008**<br>**Legal fees** | | | | **59,000.00** |
| ACCOUNT NO. **4416**<br>**Limited Treasures**<br>**312A Wilson Pike Circle**<br>**Brentwood TN 37027** | | | **9/2007**<br>**Gift shop items** | | | | **128.27** |
| ACCOUNT NO. **Invoice No 031074**<br>**Loudoun County**<br>**Dept of Mgt & Financial Svcs**<br>**Finance & Accounting**<br>**PO Box 7000**<br>**Leesburg VA 20177-7000** | | | **5/2008**<br>**Security services during culinary competition, fashion show and polo match** | | | | **13,292.33** |

Sheet no. <u>4</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⮞ $ **91,419.11**

Total ⮞ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Oasis Enterprises, Inc.**_____        Case No. _____
_____
                  **Debtor**                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4979900M**<br><br>**Marcus, Crowley, et al.**<br>**1435 Crossways Blvd, Ste 300**<br>**Chesapeake VA 23320** | | | **9/2008**<br><br>**Legal services** | | | | **2,260.00** |
| ACCOUNT NO. **Unknown**<br><br>**McCammon Group**<br>**1111 East Main St.**<br>**Richmond VA 23219** | | | **6/2008 - 10/2008**<br><br>**Mediation services in connection w/ Oasis Vineyards, Inc. lawsuit** | | | | **3,500.00** |
| ACCOUNT NO. **17944807181**<br><br>**Old Point National Bank**<br>**1 West Mellen St**<br>**Hampton VA 23663** | | | **6/2008**<br><br>**Deficiency owed on repossessed Carver Mariner 350 boat** | | | | **56,239.27** |
| ACCOUNT NO. **Multiple accounts**<br><br>**Ours & Silek, PC**<br>**9306 Grant Ave**<br>**Manassas VA 20110** | | | **2007 - present**<br><br>**Legal fees** | | | | **19,623.80** |
| ACCOUNT NO. **0841367-0001**<br><br>**Pipeline Data Processing**<br>**PO Box 6600**<br>**Hagerstown MD 21740** | | | **6/2008**<br><br>**Online credit card processing fees** | | | | **37.50** |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  &gt;  $          **81,660.57**

Total  &gt;  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Oasis Enterprises, Inc.**

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3260353**<br><br>**Registered Agents Legal Services LLC**<br>**1220 North Market St, Ste 806**<br>**Wilmington DE 19801** | | | **5/2008**<br><br>**Registered agent services for debtor** | | | | **304.50** |
| ACCOUNT NO.  **None**<br><br>**Reston Limousine & Travel Service, Inc.**<br>**c/o Lawrence J. McClafferty, Esq.**<br>**212 East Market St.**<br>**Leesburg VA 20176** | | | **7/2007 - 11/2007**<br><br>**Claim for limousine service - lawsuit pending in Loudoun County GDC - Case No. GV08-2441** | | | | **7,355.45** |
| ACCOUNT NO.  **001001818**<br><br>**Rewards Network**<br>**c/o JS Smith Law Offices**<br>**8619 Blvd, Ste 206**<br>**Northridge CA 91324**<br><br>**Rewards Network**<br>**c/o National Commercial Services**<br>**8619 Reseda Blvd, Ste 205**<br>**Northridge CA 91324** | **X** | | **9/2008**<br><br>**Airline mileage incentive program fees** | | | | **25,000.00** |
| ACCOUNT NO.  **None**<br><br>**Salamander Middleburg, LLC**<br>**c/o Catharine T. Slater, Esq.**<br>**P.O. Box 238**<br>**Upperville VA 20185** | | | **10/2006 - 5/2007**<br><br>**Claim for catering services - lawsuit pending in Fauquier County Circuit Court - Case No. CL08-061** | | | | **304,920.26** |

Sheet no.  6 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $  **337,580.21**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Oasis Enterprises, Inc.**                                    Case No. _____

_____                                     (If known)
                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **None** <br><br>**ShowCall Inc.** <br>**c/o J.P. Szymkowicz, Esq.** <br>**1220 19th St, NW, Ste 400** <br>**Washington DC 20036-2438** <br><br>**Showcall Inc.** <br>**10 - 16 Azar Court** <br>**Halethorpe MD 21227** | X | | 5/2008 <br><br>**Sound and lighting for Americas Polo Cup production - in litigation - Loudoun County Circuit Court - Case No. CL-52011** | | | | 25,006.80 |
| ACCOUNT NO.    **Oasis** <br><br>**Shriner Legge & Co.** <br>**2800 Eisenhower Ave, Ste 100** <br>**Alexandria VA 22314** | | | 6/2007 <br><br>**Accounting services** | | | | 23,580.00 |
| ACCOUNT NO.    **None** <br><br>**Sunbelt Rentals** <br>**c/o Kenneth Brand, PC** <br>**7010 Little River Tnkp, Ste 320** <br>**Annandale VA 22003** <br><br>**Sunbelt Rentals** <br>**1275 West Mound Street** <br>**Columbus OH 43223** | X | | 5/2008 <br><br>**Equipment rental** | | | X | 13,311.09 |
| ACCOUNT NO.    **None** <br><br>**T. Huntley Thorpe,III,  Esq.** <br>**Gulick, Carson & Thorpe, PC** <br>**PO Box 880** <br>**Warrenton VA 20186** | X | | 11/2008 <br><br>**Fees jointly and severally owed by debtor and four others to receiver in connection with case of Oasis Vineyards, Inc. & Corinne Salahi v. Tareq Salehi, Oasis Enterprises, Inc., et al. - Case No. CL06-630, Fauquier County Circuit Court** | | | | 35,574.51 |

Sheet no.  7 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $            **97,472.40**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Oasis Enterprises, Inc.**

Case No. _____

_____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **VFC 0800002377**<br><br>**Toll Violations Processing Center**<br>**PO Box 1234**<br>**Clifton Forge VA 24422** | | | **6/2008**<br><br>**Toll violation charges** | | | | **77.00** |
| ACCOUNT NO.  **DB-1036758**<br><br>**Tourdesign Creative**<br>**c/o New World Collections**<br>**PO Box 90183**<br>**Indianapolis IN 46290** | | | **5/2008**<br><br>**Advertising creation** | | | | **2,035.00** |
| ACCOUNT NO.  **Claim No.336167507-MI**<br><br>**Travelers Indemnity Co.**<br>**c/o RMS**<br>**PO Box 26446**<br>**Richmond VA 23261-6446** | | | **5/2008**<br><br>**Indemnification claiim for money paid to repair damaged vehicle** | | | | **485.75** |
| ACCOUNT NO.  **976407396**<br><br>**Travelers Insurance**<br>**c/o Jack Martin & Assoc.**<br>**326 First St, Ste 27**<br>**Annapolis MD 21403** | | | **6/2008**<br><br>**Insurance premiums on repossessed boat** | | | | **1,658.00** |
| ACCOUNT NO.  **976407396**<br><br>**Travelers Insurance**<br>**1 Tower Square**<br>**Hartford CT 06183** | | | **6/2008**<br><br>**Insurance premiums for repossessed Carver boat** | | | | **138.33** |

Sheet no.  8 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **4,394.08**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Oasis Enterprises, Inc.**

Case No. _____

**Debtor**

**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **005966.000002** <br><br> **Walsh, Colucci, et al.** <br> **2200 Clarendon Blvd** <br> **Arlington VA 22201** | | | **2007** <br><br> **Legal fees** | | | | **7,395.00** |
| ACCOUNT NO. **6118610** <br><br> **Washington Post Media Group** <br> **P.O. Box 8200** <br> **Washington DC 20071** | | | **2007** <br><br> **Advertising** | | | | **24,294.33** |
| ACCOUNT NO. **xxxx-0051** <br><br> **Wells Fargo** <br> **P.O. Box 29746** <br> **Phoenix AZ  85038-9746** | | | **1/2008** <br><br> **Credit card debt** | | | | **19,577.85** |

Sheet no. _9_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **51,267.18**

Total ➢ $ **899,419.86**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re:  **Oasis Enterprises, Inc.**                          Case No. _____

_____,  

                        **Debtor**                                                  **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Chase Auto Finance<br>National Recovery Group<br>P.O. Box 29505<br>Phoenix AZ 85038-9505** | **Balance of lease for 2005 Audi A8L automobile - expires 2011** |
| **Oasis Vineyards, Inc.<br>14141 Hume Road<br>Hume VA 22639** | **Lease agreement for business premises - perpetual duration** |

**In re:** **Oasis Enterprises, Inc.** _____ .     **Case No.** _____

Debtor (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tareq Salahi**<br>**440 Scenic Overlook**<br>**Front Royal VA 22630** | **Chase Auto Finance**<br>**National Recovery Group**<br>**P.O. Box 29505**<br>**Phoenix AZ 85038-9505** |
| **Tareq Salahi**<br>**440 Scenic Overlook**<br>**Front Royal VA 22630** | **Rewards Network**<br>**c/o JS Smith Law Offices**<br>**8619 Blvd, Ste 206**<br>**Northridge CA 91324** |
| **Tareq Salahi**<br>**440 Scenic Overlook**<br>**Front Royal VA 22630** | **ShowCall Inc.**<br>**c/o J.P. Szymkowicz, Esq.**<br>**1220 19th St, NW, Ste 400**<br>**Washington DC 20036-2438** |
| **Tareq Salahi**<br>**440 Scenic Overlook**<br>**Front Royal VA 22630** | **Sunbelt Rentals**<br>**c/o Kenneth Brand, PC**<br>**7010 Little River Tnkp, Ste 320**<br>**Annandale VA 22003** |
| **Corinne Salahi**<br>**14141 Hume Road**<br>**Hume VA 22639**<br><br>**Oasis Vineyards, Inc.**<br>**c/o Gregory Van Doren, Esq.**<br>**9119 Church St.**<br>**Manassas VA 20110**<br><br>**Tareq & Michaele Salehi**<br>**440 Scenic Overlook**<br>**Front Royal VA 22630** | **T. Huntley Thorpe,III,  Esq.**<br>**Gulick, Carson & Thorpe, PC**<br>**PO Box 880**<br>**Warrenton VA 20186** |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

In re:  **Oasis Enterprises, Inc.**                                        Case No. _____

                                                                           Chapter  **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:                     $     **35,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                          $     **2,917.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor)                     $     **0.00**
    4. Payroll Taxes                                                     **0.00**
    5. Unemployment Taxes                                                **0.00**
    6. Worker's Compensation                                             **0.00**
    7. Other Taxes                                                       **0.00**
    8. Inventory Purchases (Including raw materials)                     **0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray                            **0.00**
    10. Rent (Other than debtor's principal residence)                  **0.00**
    11. Utilities                                                        **0.00**
    12. Office Expenses and Supplies                                     **0.00**
    13. Repairs and Maintenance                                          **0.00**
    14. Vehicle Expenses                                             **1,700.00**
    15. Travel and Entertainment                                         **0.00**
    16. Equipment Rental and Leases                                      **0.00**
    17. Legal/Accounting/Other Professional Fees                         **0.00**
    18. Insurance                                                        **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)                 **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):

        **None**                                                  _____

    21. Other (Specify):

        **Payments to vendors and suppliers**                     **1,217.00**

    22. Total Monthly Expenses (Add items 3 - 21)                    $     **2,917.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $     **0.00**

**United States Bankruptcy Court**

**Eastern District of Virginia**

In re **Oasis Enterprises, Inc.** _____ ,        Case No. _____

                                    Debtor

                                                        Chapter __7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 3 | $    334.925.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $     53.845.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $     11,738.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $    899.419.86 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 20 | $    334,925.00 | $    965,003.25 | |

# United States Bankruptcy Court
# Eastern District of Virginia

In re **Oasis Enterprises, Inc.** _____,    Case No. _____
                                    Debtor

Chapter **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 11,738.05 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 11,738.05 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $38,520.34 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 11,738.05 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $899,419.86 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $937,940.20 |

In re  Oasis Enterprises, Inc.
_____

Debtor

Case No. _____

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Tareq D. Salahi**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **22**_____ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date    **2/4/2009**_____          Signature:     **s/ Tareq D. Salahi**_____

**Tareq D. Salahi President**_____

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re:     **Oasis Enterprises, Inc.**                                    Case Number: _____

                                    Debtor                Chapter No.   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,550.00** |
| Prior to the filing of this statement I have received | $ | **1,550.00** |
| Balance Due | $ | **0.00** |

2.  The source of compensation paid to me was:

☐ Debtor                ☒ Other (specify)        **America's Polo Cup, Inc. payment**

3.  The source of compensation to be paid to me is:

☒ Debtor                ☐ Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    [Other provisions as needed]
          **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:
          **POST SECTION 341 MEETING MATTERS; ADVERSARY PROCEEDINGS; COURT APPEARANCES**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**2/4/2009**_____                    **/s/Douglas W. Harold, Jr.**_____
*Date*                                            *Signature of Attorney*


                                            **Allen, Harold & Beard, PLLC**_____
                                            *Name of Law Firm*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re:   **Oasis Enterprises, Inc.**

Case No. _____

Chapter **7** _____

Debtor

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of  sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **2/4/2009**

Signed: **s/ Tareq D. Salahi**
**Tareq D. Salahi**