UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
OASIS ENTERPRISES, INC.                 §      Case No. 09-10815 SSM
                                        §
           Debtor(s)                    §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of          $

      Funds were disbursed in the following amounts:

      Payments made under an interim
      disbursement
      Administrative expenses
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

       5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

       6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

       7.  The Trustee's proposed distribution is attached as **Exhibit D**.

       8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

       The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

       Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RICHARD A. BARTL_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-10815 SSM   Judge: STEPHEN S. MITCHELL | Trustee Name: | RICHARD A. BARTL |
|---|---|---|---|
| Case Name: | OASIS ENTERPRISES, INC. | Date Filed (f) or Converted (c): | 02/04/09 (f) |
| | | 341(a) Meeting Date: | 03/16/09 |
| For Period Ending: | 03/24/11 | Claims Bar Date: | 06/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Oasis Vineyards, Inc. a/rs for services 05-07 | 50,000.00 | 0.00 | DA | 0.00 | FA |
| (Oassis Vineyards has filed a Chapter 11 bankruptcy case - Case No. 08-17750-RGM) | | | | | |
| 2. Oasis Vineyards a/r: rental of FedEx Redskin suite | 224,000.00 | 0.00 | DA | 0.00 | FA |
| (Oassis Vineyards has filed a Chapter 11 bankruptcy case - Case No. 08-17750-RGM) | | | | | |
| 3. Claim v. Lynn Wiley & Lynn Wiley Real Estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Potential counter-claim v. Salamander Middleburg L | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. List of prior customers | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Leased 2005 Audi A8L 4-door sedan | 15,325.00 | 0.00 | DA | 0.00 | FA |
| 7. Office furniture and equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. 2000 Kawasaki & Mule (motorized cart) -broken | 600.00 | 0.00 | DA | 0.00 | FA |
| 9. Commercial fountain in lake at 14141 Hume Rd, Hume | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 10. vineyard equipment and furniture | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11. BELLE GROVE LAWSUIT SETTLEMENT (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.52 | Unknown |
| 13. Entitlement to 540 cases of Meritage wine (u) | 200,000.00 | 0.00 | DA | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $534,925.00    $3,000.00    $3,001.52

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-10815 -SSM | Trustee Name: | RICHARD A. BARTL |
| Case Name: | OASIS ENTERPRISES, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3930 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6944 | | |
| For Period Ending: | 03/24/11 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/09 | | OURS & SILEK PC IOLTA ACCT | Belle Grove lawsuit settlement | 1249-000 | 3,000.00 | | 3,000.00 |
| 03/24/09 | 11 | Asset Sales Memo: | BELLE GROVE LAWSUIT SETTLEMENT $3,000.00 Belle Grove lawsuit settlement | | | | 3,000.00 |
| 04/15/09 | 000101 | MRSC Insurance Partners, LLC 31500 Bainbridge Road, Suite 5 Solon, OH 44139 | trustee bond premium #739766 | 2300-000 | | 2.85 | 2,997.15 |
| 04/30/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,997.22 |
| 05/29/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,997.29 |
| 06/30/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 2,997.37 |
| 07/31/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 2,997.45 |
| 08/31/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 2,997.53 |
| 09/30/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,997.60 |
| 10/30/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,997.67 |
| 11/30/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 2,997.75 |
| 12/31/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 2,997.83 |
| 01/29/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,997.90 |
| 02/17/10 | 000102 | CASAMO & ASSOCIATES | TRANSCRIPT; INVOICE #87581 | 2990-000 | | 556.35 | 2,441.55 |
| 02/26/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,441.62 |
| 03/31/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,441.69 |
| 04/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,441.75 |
| 05/28/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,441.81 |
| 06/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,441.88 |
| 07/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,441.94 |
| 08/31/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,442.00 |
| 09/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,442.06 |
| 10/29/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,442.12 |
| 11/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,442.18 |
| | | | Page Subtotals | | 3,001.38 | 559.20 | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-10815 -SSM | | Trustee Name: | RICHARD A. BARTL |
| Case Name: | OASIS ENTERPRISES, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3930  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6944 | | | |
| For Period Ending: | 03/24/11 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,442.24 |
| 01/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,442.30 |
| 02/28/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,442.32 |
| 03/03/11 | 000103 | MRSC Insurance Partners, LLC<br>6190 Cochran Road, Suite E<br>Solon, OH  44139 | trustee blanket bond premium<br>policy # 8215-38-66; account: BARTL-5 | 2300-000 | | 6.22 | 2,436.10 |

```
                                    COLUMN TOTALS              3,001.52      565.42       2,436.10
                              Less:  Bank Transfers/CD's           0.00        0.00
                                    Subtotal                    3,001.52      565.42
                              Less:  Payments to Debtors                        0.00
                                    Net                         3,001.52      565.42

                                                                               NET        ACCOUNT
                         TOTAL - ALL ACCOUNTS                NET DEPOSITS  DISBURSEMENTS   BALANCE
             Money Market - Interest Bearing - ********3930     3,001.52      565.42       2,436.10
                                                            ---------------  ------------  -----------
                                                                3,001.52      565.42       2,436.10
                                                            ===============  ============  ===========
                                                            (Excludes Account (Excludes Payments  Total Funds
                                                              Transfers)      To Debtors)   On Hand
```

Page Subtotals     0.14       6.22

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-10815 | | Page 1 | | Date: March 24, 2011 |
| Debtor Name: | OASIS ENTERPRISES, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003B 058 5800-00 | Fauquier County Treasurer PO Box 677 Warrenton VA 20188 | Priority (3-1) sas | Filed 03/26/09 | $7,665.79 | $0.00 | $7,665.79 |
| 000016B 058 5800-00 | IRS Insolvency Unit P.O. Box 10025 Room 2007 Richmond VA 23240 | Priority (16-1) kjc | Filed 12/15/09 | $3,048.93 | $0.00 | $3,048.93 |
| 000001 070 7100-00 | Rewards Network c/o National Commercial Services 8619 Reseda Blvd, Ste 205 Northridge CA 91324 | Unsecured | Filed 03/26/09 amended by claim #18 | $0.00 | $0.00 | $0.00 |
| 000002 070 7100-00 | Ours & Silek, PC 9306 Grant Ave Manassas VA 20110 | Unsecured (2-1) sas | Filed 03/26/09 | $8,678.61 | $0.00 | $8,678.61 |
| 000003A 070 7100-00 | Fauquier County Treasurer PO Box 677 Warrenton VA 20188 | Unsecured | Filed 03/26/09 | $789.47 | $0.00 | $789.47 |
| 000004 070 7100-00 | Marcus, Crowley, et al. 1435 Crossways Blvd, Ste 300 Chesapeake VA 23320 | Unsecured (4-1) sas | Filed 04/01/09 | $2,260.00 | $0.00 | $2,260.00 |
| 000006 070 7100-00 | BB&T Bank Attn: Bankruptcy Dept P.O. Box 1847 Wilson NC 27894-9965 | Unsecured (6-1) kjc; #7447 | Filed 04/15/09 | $3,813.77 | $0.00 | $3,813.77 |
| 000007 070 7100-00 | BB&T Bank Attn: Bankruptcy Dept P.O. Box 1847 Wilson NC 27894-9965 | Unsecured (7-1) kjc; #0727 | Filed 04/15/09 | $1,193.15 | $0.00 | $1,193.15 |
| 000008 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured (8-1) kjc | Filed 04/28/09 | $3,893.68 | $0.00 | $3,893.68 |
| 000009 070 7100-00 | Bonnier Corporation 460 N Orlando Ave, Ste 200 Winter Park FL 32789 | Unsecured (9-1) sas | Filed 05/04/09 | $5,300.00 | $0.00 | $5,300.00 |
| 000010 070 7100-00 | Robb F. Levin and Cheryl L Levin 12715 Fair Crest Ct #302 Fairfax, VA 22033 | Unsecured (10-1) sas; amended by claim #17 | Filed 05/08/09 | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | Reliable Limousine c/o Jerome Bloom, Esq. PO Box 74532 San Clemente CA 92673 | Unsecured (11-1) kjc | Filed 05/21/09 | $4,251.41 | $0.00 | $4,251.41 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-10815 | | Page 2 | | Date: March 24, 2011 |
| Debtor Name: | OASIS ENTERPRISES, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Howard, Morrison, Ross & Wheelan 331 Garret St. Warrenton VA 20186 | Unsecured (12-1) ewd | Filed 06/05/09 | $61,594.91 | $0.00 | $61,594.91 |
| 000013 070 7100-00 | T. Huntley Thorpe,III, Esq. Gulick, Carson & Thorpe, PC PO Box 880 Warrenton VA 20186 | Unsecured (13-1) sas | Filed 06/15/09 | $35,574.51 | $0.00 | $35,574.51 |
| 000014 070 7100-00 | Franklin & Prokopik, PC 2325 Dulles Corner Blvd, Ste 1150 Herndon VA 20171 | Unsecured (14-1) Legal Services Provided (14-1) kjc | Filed 06/18/09 | $33,650.73 | $0.00 | $33,650.73 |
| 000015 070 7100-00 | Salamander Middleburg, LLC c/o Catharine T. Slater, Esq. P.O. Box 238 Upperville VA 20185-0238 | Unsecured (15-1) ewd | Filed 06/18/09 | $304,920.26 | $0.00 | $304,920.26 |
| 000016A 070 7100-00 | IRS Insolvency Unit P.O. Box 10025 Room 2007 Richmond VA 23240 | Unsecured (16-1) kjc | Filed 12/15/09 | $765.04 | $0.00 | $765.04 |
| 000017 070 7100-00 | Robb F. Levin and Cheryl L Levin 12715 Fair Crest Ct #302 Fairfax, VA 22033 | Unsecured | Filed 03/19/10 (17-1) kjc claim amends claim #10 but wasn't singed; (17-2) jg   claim 17-2 was signed | $23,785.50 | $0.00 | $23,785.50 |
| 000005 050 4210-00 | Marybeth Wootton 2715 Robaleed Way Oak Hill, VA 20171 | Secured | Filed 04/10/09 (5-1) kjc; security note and agreement; filed financing statement - meritage wine | $19,383.70 | $0.00 | $19,383.70 |
| 000018 050 4210-00 | Rewards Network 2 North Riverside Plaza Suite 950 Chicago IL 60606 | Secured (18-1) kjc; amends claim no. 1 credit purchase agreement | Filed 10/07/10 | $27,000.66 | $0.00 | $27,000.66 |
| | Case Totals: | | | $547,570.12 | $0.00 | $547,570.12 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-10815 SSM
Case Name: OASIS ENTERPRISES, INC.
Trustee Name: RICHARD A. BARTL

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Marybeth Wootton | $ | $ | $ | $ |
| 000018 | Rewards Network | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RICHARD A. BARTL | $ | $ | $ |
| Trustee Expenses: RICHARD A. BARTL | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 8)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Fauquier County Treasurer | $ | $ | $ |
| 000016B | IRS | $ | $ | $ |

Total to be paid to priority creditors              $_____

Remaining Balance                                   $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Rewards Network | $ | $ | $ |
| 000002 | Ours & Silek, PC | $ | $ | $ |
| 000004 | Marcus, Crowley, et al. | $ | $ | $ |
| 000006 | BB&T Bank | $ | $ | $ |
| 000007 | BB&T Bank | $ | $ | $ |
| 000008 | Roundup Funding, LLC | $ | $ | $ |
| 000009 | Bonnier Corporation | $ | $ | $ |
| 000010 | Robb F. Levin and Cheryl L Levin | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Reliable Limousine | $ | $ | $ |
| 000012 | Howard, Morrison, Ross & Wheelan | $ | $ | $ |
| 000013 | T. Huntley Thorpe,III, Esq. | $ | $ | $ |
| 000014 | Franklin & Prokopik, PC | $ | $ | $ |
| 000015 | Salamander Middleburg, LLC | $ | $ | $ |
| 000016A | IRS | $ | $ | $ |
| 000017 | Robb F. Levin and Cheryl L Levin | $ | $ | $ |
| 000003A | Fauquier County Treasurer | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE